UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-01797-JLS (KESx) | Date | February 3, 2021 |
|---|---|---|---|
| Title | Tito Vasquez v. Marquez, Bruce R.M.D et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on September 18, 2020. On December 18, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before December 22, 2020 why this action should not be dismissed for lack of prosecution [14]. On December 22, 20202, Plaintiff filed a response to the Order to Show Cause requesting an additional 30 days to locate and serve Defendants [15]. Plaintiff has failed to respond to the Court's Order with timely filed proofs of service. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

Initials of Deputy Clerk   mku